CHARLES L. WITTES, Appellant, v. THE CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DUNN, JOHN J. HUGHES, EDWARD THOMPSON and GEORGE P. DONOVAN, Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JACK ROSENBERG et al., Respondents, v. WILLIAM I. NATHAN, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CAPELLI, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA E. PROVOST, Respondent, v. DANIEL E. PROVOST, Appellant.— No opinion. Present — Martin, P. J. Untermyer, Dore, Cohn and Callahan, JJ.

ANNA E. PROVOST, Respondent, v. DANIEL E. PROVOST, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WALTER BOBKIEWICZ, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JULIA REGAN et al., Suing on Behalf of Themselves and Others, Respondents, v. THE PRUDENCE CO., INC., et al., Defendants and FRANK BAILEY et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA WEISSMAN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE SCHOENBACK, Appellant, v. THE CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY BROCKMAN et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY D. KALIEL et al., Respondents, v. WALTER OETJEN, Doing Business as the JUNE SANDWICH SHOPPE, et al., Appellants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JULIE ROSENBLUM et al., Respondents, v. ISIDOR E. SAKS, Defendant, and N. V. MAURITZ SAKS & Co., Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Appointment of a Committee of the Person and Property of EUGENE ADLER, an Alleged Incompetent Person. DOROTHY KEITH, Appel-